IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SATYANARAYAN HEGDE,

    *Plaintiff*,

v.                                       Case No.: 1:23cv196-MW/MJF

JUDGE DENISE FERRERO,
et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. The Magistrate Judge recommends dismissal for failure to prosecute. This Court has independently verified that the Magistrate Judge's order to show cause forewarned Plaintiff that a failure to comply with the order likely will result in dismissal of this action, and that this order to show cause was not returned as undeliverable. However, the report and recommendation was returned as undeliverable. Nonetheless, Plaintiff has an independent obligation to update the Clerk's Office with a correct mailing address—which they have failed to do in this case.

Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute." The Clerk shall close the file.

**SO ORDERED on December 15, 2023.**

s/Mark E. Walker<br>
**Chief United States District Judge**